**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/19/16 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   CHARLES D. ADAMS, JR.
   DAWN A. ADAMS
       Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Repondents.

Case No.:11-10898 TPA

Chapter 13

Document No.: 50

## ORDER OF COURT

AND NOW, this \_\_\_\_19th\_\_\_\_day of \_\_\_\_September\_\_\_\_, 20\_16\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

U.S. BANKRUPTCY JUDGE    vas

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 11-10898-TPA
Charles D. Adams                                                    Chapter 13
Dawn A. Adams
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-1          User: bsil                  Page 1 of 2                  Date Rcvd: Sep 19, 2016
                              Form ID: pdf900             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2016.
db/jdb       +Charles D. Adams, Jr.,    Dawn A. Adams,    2233 Woodlawn Avenue,   Erie, PA 16510-1261
cr            Nationstar Mortgage,    P. O. Box 829009,    Dallas, TX  75382-9009
13076339     +BARCLAYS BANK DELAWARE,    125 SOUTH WEST STREET,    WILMINGTON, DE 19801-5014
13076341     +CAPITAL ONE BANK (USA) NA,    PO BOX 70886,    CHARLOTTE, NC 28272-0886
13076340      CAPITAL ONE BANK (USA) NA,    PO BOX 71083,    CHARLOTTE, NC  28272-1083
13076342     +CAPITAL ONE BANK USA NA,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
13076343      CAPITAL ONE SERVICES, LLC,    PO BOX 71083,    CHARLOTTE, NC  28272-1083
13076344     +CENLAR,    PO BOX 77404,    EWING, NJ 08628-6404
13076346     +CITIFINANCIAL,    PO BOX 499,    HANOVER, MD 21076-0499
13076345      CITIFINANCIAL,    3950 REGENT BLVD. S2A-283,    IRVING, TX  75063-2244
13076347    ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court: COLLECTION SERVICE CENTER,    250 MT. LEBANON BOULEVARD,
               PITTSBURGH, PA  15122)
13076350      COMPUTER CREDIT, INC.,    640 WEST FOURTH STREET,    PO BOX 5238,    WINSTON-SALEM, NC  27113-5238
13076351     +CREDITECH,    50 NORTH 7TH STREET,    BANGOR, PA 18013-1791
13076352     +FIRST FEDERAL CREDIT CONTROL,    24700 CHAGRIN BOULEVARD,    CLEVELAND, OH 44122-5662
13076354     +HSBC BANK,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
13076357      MUTUAL BENEFIT INSURANCE COMP.,    SELECT RISK INSURANCE COMPANY,    409 PENN STREET, PO BOX 577,
               HUNTINGDON, PA  16652-0577
13076359     +NATIONSTAR MORTGAGE,    PO BOX 650783,    DALLAS, TX 75265-0783
13076360    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: NATIONSTAR MORTGAGE,    350 HIGHLAND DRIVE,    LEWISVILLE, TX  75067)
13098959      Nationstar Mortgage,    PO Box 829009,    Dallas, Texas 75382-9009
13076364     +RUSSO HEATING AND COOLING, INC,    1406 EAST 28TH STREET,    PO BOX 10064,    ERIE, PA 16514-0064
13134730     +Thomas A. Lee, Esquire,    Becket & Lee,    16 General Warren Blvd.,    P.O. Box 3001,
               Malvern, PA 19355-0701
13133488      eCAST Settlement Corporation, assignee,    of CitiFinancial, Inc.,    POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13076335      E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2016 01:33:29      ALLY FINANCIAL,
               PO BOX 380902,    BLOOMINGTON, MN  55438-0902
13109789      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 20 2016 01:34:21
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088
13076338      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 20 2016 01:34:21      AMERICAN HONDA FINANCE CORP.,
               PO BOX 105027,    ATLANTA, GA  30348
13076337      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 20 2016 01:34:21      AMERICAN HONDA FINANCE CORP.,
               PO BOX 1844,    ALPHARETTA, GA  30023-1844
13076336     +E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 20 2016 01:34:21      AMERICAN HONDA FINANCE CORP.,
               1030 CAMBRIDGE SQUARE,    ALPHARETTA, GA 30009-1892
13080832     +E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2016 01:33:29
               Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,    Roseville, MN 55113-0004
13120407     +E-mail/Text: bncmail@w-legal.com Sep 20 2016 01:34:22      CANDICA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13076349     +E-mail/Text: bankruptcy@firstenergycorp.com Sep 20 2016 01:34:15      COLLECTION SERVICE CENTER,
               839 5TH AVENUE,    NEW KENSINGTON , PA 15068-6303
13076353     +E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2016 01:33:29      GMAC,   PO BOX 380901,
               BLOOMINGTON, MN 55438-0901
13076356      E-mail/Text: bankruptcy@affglo.com Sep 20 2016 01:34:11      LEADING EDGE RECOVERY SOLUTION,
               PO BOX 129,    LINDEN, MI  48451-0129
13076358     +E-mail/Text: Bankruptcy@natfuel.com Sep 20 2016 01:34:11      NATIONAL FUEL,   PO BOX 2081,
               ERIE  PA 16512-2081
13076361     +E-mail/Text: bankruptcydepartment@tsico.com Sep 20 2016 01:34:38
               NCO FINANCIAL SYSTEMS, INC.,    PO BOX 4906,    DEPARTMENT 09,   TRENTON, NJ 08650-4906
13076362     +E-mail/Text: nod.referrals@fedphe.com Sep 20 2016 01:33:31      PHELAN HALLINAN & SCHMIEG,
               1617 JFK BOULEVARD, SUITE 1400,    PHILADELPHIA, PA 19103-1814
13565427     +E-mail/Text: bncmail@w-legal.com Sep 20 2016 01:34:30      Vanda, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*          +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
13120408*    +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13144498*    +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13144499*    +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
```

```
District/off: 0315-1           User: bsil                  Page 2 of 2                  Date Rcvd: Sep 19, 2016
                               Form ID: pdf900             Total Noticed: 36


            ***** BYPASSED RECIPIENTS (continued) *****
13076348*      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court:   COLLECTION SERVICE CENTER,     PO BOX 14931,    PITTSBURGH, PA  15234)
13565434*       +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
13623426*       +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
13623427*       +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
13076355      ##+ISLAND ONE RESORTS HOSP. GROUP,    8680 COMMODITY CIRCLE,    ORLANDO, FL 32819-9000
13076363       ##RESORT FINANCIAL SPECIALISTS,    PO BOX 593233,    ORLANDO, FL  32859-3233
                                                                                              TOTALS: 0, * 9, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2016 at the address(es) listed below:
              Hilary B. Bonial    on behalf of Creditor    Nationstar Mortgage notice@bkcylaw.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage bkgroup@kmllawgroup.com
              Kurt L. Sundberg    on behalf of Joint Debtor Dawn A. Adams jrizzo@marshspaeder.com,
               tsapper@marshspaeder.com
              Kurt L. Sundberg    on behalf of Debtor Charles D. Adams, Jr. jrizzo@marshspaeder.com,
               tsapper@marshspaeder.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7
```